# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VANESSA HOSBACH, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 19-1921 |

## ORDER

**AND NOW**, this 13th day of November, 2019, for the reasons contained in the Court's Memorandum of today, it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**; and

2. This case is **REMANDED** to the Commissioner, pursuant to Sentence Six of 42 U.S.C. §405(g); the ALJ shall consider the new evidence Plaintiff submitted to the Appeals Council throughout the sequential evaluation process.

**IT IS SO ORDERED**.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge